381 A.2d 888

Barrett v. Concord Mutual Insurance Company, Appellant.

Argued September 16, 1977. Elliot L. Raskin, with him Louis Kassen, for appellant; Herbert Braker, for appellee.

Judgment affirmed.

381 A.2d 888

· Biddle v. Martino (et ux., Appellant).

Argued September 21, 1977. James G. Buckler, for appellant; Terrence J. McCabe, with him Albert W. Sheppard, Jr., for appellee.

Order affirmed.

VAN der VOORT, J., did not participate in the consideration or decision of this case.